ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL VITALONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOGITECH INTERNATIONAL SA, et al.,<br><br>Defendants. | No. 3:11-cv-03855-RS<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF COMPLAINT AND RESPONSE THERETO |

672495_1

1    Lead Plaintiff Sing Pui Leung ("Leung") and Defendants Logitech International S.A., Gerald P. Quindlen and Erik Bardman hereby jointly seek entry of the following proposed schedule, and as grounds therefor state as follows:

    On October 24, 2011, the parties submitted a Stipulation and [Proposed] Consolidation Order (Dkt. No. 22) ("Stipulation") establishing deadlines for filing a consolidated complaint in this action, briefing any motion directed at the pleadings, and addressing other matters pursuant to Civil L.R. 23-1(b). At the October 27, 2011 hearing on Leung's motion seeking appointment as the lead plaintiff in this action, the Court indicated it had reviewed and would approve the Stipulation. The Court has not yet entered the Stipulation.

    Under the Stipulation, Lead Plaintiff's consolidated complaint would be due to be filed on December 27, 2011, which is 60 days after entry of the Court's order appointing Leung as the lead plaintiff for this action. *See* Stipulation, ¶11; Dkt. No. 26. Due to the departure of one of the attorneys handling this matter on behalf of Lead Counsel, and other staffing disruptions caused by the holidays, Lead Counsel, with the approval of the Lead Plaintiff, has sought Defendants' agreement to a brief extension of the filing deadline, to which they have agreed. Accordingly, the parties hereby submit a revised schedule which modifies ¶11 of the prior Stipulation to establish a January 9, 2012 deadline for Lead Plaintiff to file a consolidated complaint.

    THEREFORE, it is hereby stipulated by the parties, subject to the approval of the Court, that Lead Plaintiff shall file a consolidated complaint on or before January 9, 2012. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in this action. Defendants shall respond to the consolidated complaint within sixty (60) days after service. If defendants file any motions directed at the consolidated complaint, the opposition and reply briefs shall be filed within 60 days and 30 days, respectively, of that response.

DATED: December 20, 2011                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            DENNIS J. HERMAN


                                                 s/ Dennis J. Herman
                                            DENNIS J. HERMAN

|     |                                  |                                                                                                    |
| --- | -------------------------------- | -------------------------------------------------------------------------------------------------- |
| 1   |                                  |                                                                                                    |
| 2   |                                  | Post Montgomery Center<br>One Montgomery Street, Suite 1800                                        |
| 3   |                                  | San Francisco, CA  94104<br>Telephone:  415/288-4545                                               |
| 4   |                                  | 415/288-4534 (fax)                                                                                 |
| 5   |                                  | ROBBINS GELLER RUDMAN<br>  & DOWD LLP                                                              |
| 6   |                                  | SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MARIO ALBA JR.                                           |
| 7   |                                  | 58 South Service Road, Suite 200<br>Melville, NY  11747                                            |
| 8   |                                  | Telephone:  631/367-7100<br>631/367-1173 (fax)                                                     |
| 9   |                                  | Lead Counsel for Plaintiffs                                                                        |
| 10  |                                  |                                                                                                    |
| 11  | DATED:  December 20, 2011        | WILSON SONSINI GOODRICH & ROSATI PC<br>IGNACIO E. SALCEDA                                          |
| 12  |                                  | DIANE M. WALTERS<br>BENJAMIN M. CROSSON                                                            |
| 13  |                                  |                                                                                                    |

          s/ Ignacio E. Salceda (w/ permission)
              IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/565-5100 (fax)

Attorneys for Defendants Logitech International
S.A., Gerald P. Quindlen and Erik Bardman

I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF COMPLAINT AND RESPONSE THERETO.  In compliance with General Order 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in this filing.

                                s/ Dennis J. Herman
                                DENNIS J. HERMAN

1    * * *

2    **O R D E R**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4    DATED: 12/20/11                    _____
                                        THE HONORABLE RICHARD SEEBORG
5                                       UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28