ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
       – and –
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
aprice@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL VITALONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOGITECH INTERNATIONAL SA, et al.,<br><br>Defendants. | No. 3:11-cv-03855-RS<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS |

701988_1

Lead Plaintiff Sing Pui Leung ("Leung") and Defendants Logitech International, S.A., Gerald P. Quindlen and Erik Bardman ("Defendants") hereby jointly seek entry of the following proposed schedule for filing opposition and reply briefs regarding Defendants' Motion to Dismiss (Dkt. No. 31).

Defendants' Motion to Dismiss this action was filed on March 9, 2012, and is presently set to be heard on July 12, 2012.

Pursuant to the Court's Order Regarding Filing of Complaint and Response Thereto (Dkt. No. 28), Leung's response to the Motion to Dismiss is due by May 8, 2012, and Defendants' reply in support of the motion is due by June 7, 2012.

On April 12, 2012, Leung's counsel received a Fed. R. Civ. P. 23(f) petition to the Sixth Circuit appealing a class certification order issued in another case principally handled by the attorney leading the prosecution of this case. A response to the petition is due by April 26, 2012 and will require significant involvement by the lead attorney in this case.

In light of the unanticipated Sixth Circuit filing, and other deadlines and circumstances impacting Lead Counsel's schedule, Leung has requested, and Defendants have agreed to, a short eight-day extension of the deadline to submit his response to the Motion to Dismiss, to and including May 16, 2012. A corresponding extension of the deadline for Defendants to submit a reply brief, to and including June 19, 2012, is also requested.

The extensions requested herein should not impact the July 12, 2012 hearing date for the Motion to Dismiss, which is set to occur 23 days following the close of briefing under the revised schedule proposed herein.

THEREFORE, it is hereby stipulated and agreed by the parties, subject to the approval of the Court, that Leung shall file and serve his response to the Motion to Dismiss on or before May 16, 2012 and Defendants shall file and serve their reply in support of the Motion to Dismiss on or before June 19, 2012.

| | | |
|---|---|---|
| 1 | DATED: April 18, 2012 | ROBBINS GELLER RUDMAN  & DOWD LLP |
| 2 | | DENNIS J. HERMAN |

s/ Dennis J. Herman
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ASHLEY M. PRICE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: April 18, 2012    WILSON SONSINI GOODRICH & ROSATI PC
IGNACIO E. SALCEDA
DIANE M. WALTERS
BENJAMIN M. CROSSON

s/Ignacio E. Salcedo (w/ permission)
IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/565-5100 (fax)

Attorneys for Defendants Logitech International S.A., Gerald P. Quindlen and Erik Bardman

I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that Ignacio E. Salcedo has concurred in this filing.

s/Dennis J. Herman
DENNIS J. HERMAN

701988_1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING DEADLINES FOR
DEFENDANTS' MOTION TO DISMISS - 3:11-cv-03855-RS                                    - 2 -

1       * * *

2                                **O R D E R**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4       DATED: 4/18/12                    _____
                                           THE HONORABLE RICHARD SEEBORG
5                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28