1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  DENNIS J. HERMAN (220163)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  dherman@rgrdlaw.com
           – and –
6  ASHLEY M. PRICE (281797)
   655 West Broadway, Suite 1900
7  San Diego, CA  92101
   Telephone:  619/231-1058
8  619/231-7423 (fax)
   aprice@rgrdlaw.com
9
   Lead Counsel for Plaintiffs
10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
   CARL VITALONE, Individually and on      )  No. 3:11-cv-03855-RS
13 Behalf of All Others Similarly Situated, )
                                            )  CLASS ACTION
14                           Plaintiff,     )
                                            )  STIPULATION AND [PROPOSED] ORDER
15       vs.                                )  REGARDING DEADLINES FOR FILING
                                            )  AMENDED COMPLAINT AND BRIEFING
16 LOGITECH INTERNATIONAL SA, et al.,       )  IN RESPONSE THERETO
                                            )
17                           Defendants.    )
   _____  )
18

19

20

21

22

23

24

25

26

27

28

747545_1

1    Lead Plaintiff Sing Pui Leung ("Leung") and Defendants Logitech International, S.A.,

2    Gerald P. Quindlen and Erik Bardman ("Defendants"), pursuant to Civil L.R. 6-2, hereby jointly

3    seek entry of the following proposed schedule extending the deadline for filing an amended

4    complaint in this action to and including August 28, 2012 and establishing deadlines for responding

5    thereto, and as grounds therefor state as follows:

6         1.    On July 13, 2012, the Court granted defendants' motion to dismiss the Consolidated

7    Class Action Complaint (Dkt. No. 45).  The Order provides that Lead Plaintiff may file an amended

8    complaint on or before August 13, 2012.

9         2.    Lead Plaintiff has worked diligently to amend his complaint within the time required

10   by the Court, but is not yet in a position to amend the complaint in the manner necessary to respond

11   to all of the issues raised by the Court in its Order, in part due to travel plans and other commitments

12   that have limited the availability of some potential witnesses sought to be interviewed in connection

13   with Lead Plaintiff's continuing investigation of the claims asserted in this proceeding.

14        3.    Accordingly, Lead Plaintiff has requested that defendants consent to an additional

15   period of time to prepare an amended complaint.  Defendants have agreed to a 15 day extension of

16   the deadline for filing an amended complaint, to and including August 28, 2012.

17        4.    Defendants have also proposed, and plaintiffs have agreed to, the following deadlines

18   for defendants to respond to the amended complaint and, if the response is by way of a Rule 12

19   motion, for submitting response and reply briefs thereto:

| | |
|---|---|
| Defendants' Motion to Dismiss: | October 1, 2012 |
| Lead Plaintiff's Opposition to the Motion to Dismiss: | October 31, 2012 |
| Defendants' Reply in Support of the Motion to Dismiss: | November 15, 2012 |

THEREFORE, it is hereby stipulated and agreed by the parties, subject to the approval of the

Court, that the parties shall follow the schedule as amended above.

DATED:  August 9, 2012                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                          DENNIS J. HERMAN


                                          _____
                                               s/ Dennis J. Herman
                                          DENNIS J. HERMAN

747545_1

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING AMENDED
COMPLAINT AND BRIEFING IN RESPONSE THERETO - 3:11-cv-03855-RS                    - 1 -

1

2    Post Montgomery Center
     One Montgomery Street, Suite 1800
3    San Francisco, CA  94104
     Telephone:  415/288-4545
     415/288-4534 (fax)
4

5    ROBBINS GELLER RUDMAN
       & DOWD LLP
     ASHLEY M. PRICE
6    655 West Broadway, Suite 1900
     San Diego, CA  92101
7    Telephone:  619/231-1058
     619/231-7423 (fax)
8
     Lead Counsel for Plaintiffs
9
     DATED:  August 9, 2012          WILSON SONSINI GOODRICH & ROSATI PC
10                                    IGNACIO E. SALCEDA
                                      DIANE M. WALTERS
11                                    BENJAMIN M. CROSSON

12

13                                        s/ Ignacio E. Salcedo (w/ permission)
                                          IGNACIO E. SALCEDA
14
                                      650 Page Mill Road
15                                    Palo Alto, CA 94304-1050
                                      Telephone: 650/493-9300
16                                    650/565-5100 (fax)

17                                    Attorneys for Defendants Logitech International
                                      S.A., Gerald P. Quindlen and Erik Bardman
18
                    **Certificate Pursuant to Local Rule 5-1(i)(3)**
19
             I, Dennis J. Herman, am the ECF User whose identification and password are being used to
20
     file the Stipulation and [Proposed] Order Regarding Deadlines for Filing Amended Complaint and
21
     Briefing in Response Thereto.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Ignacio
22
     E. Salceda has concurred in this filing.
23
     Dated:  August 9, 2012
24
                                             s/ Dennis J. Herman
25                                           DENNIS J. HERMAN

26

27

28

747545_1   STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING AMENDED
           COMPLAINT AND BRIEFING IN RESPONSE THERETO - 3:11-cv-03855-RS                - 2 -

1                              *      *      *

2                                O R D E R

3            PURSUANT TO STIPULATION, IT IS SO ORDERED.

4   DATED:  ___8/9/12_____     _____
                                             THE HONORABLE RICHARD SEEBORG
5                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING AMENDED
COMPLAINT AND BRIEFING IN RESPONSE THERETO - 3:11-cv-03855-RS                    - 3 -