ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
        – and –
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
aprice@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL VITALONE, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>        vs.<br><br>LOGITECH INTERNATIONAL SA, et al.,<br><br>                         Defendants. | No. 3:11-cv-03855-RS<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

769263_1

Lead Plaintiff Sing Pui Leung ("Plaintiff") and Defendants Logitech International SA, Gerald P. Quindlen and Erik K. Bardman (collectively, "Defendants") hereby stipulate to the dismissal of this action with prejudice as to all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefor state as follows:

WHEREAS, on October 27, 2011, Mr. Leung was appointed as the Lead Plaintiff for this case. Dkt. No. 26. On January 9, 2012, Mr. Leung filed his Consolidated Class Action Complaint for Violation of the Federal Securities Laws (Dkt. No. 29) ("Complaint"), asserting claims against Defendants for alleged violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on March 9, 2012, Defendants filed a motion to dismiss the Complaint. Dkt. No. 31. Following full briefing and oral argument, on July 13, 2012 the Court granted the motion and dismissed the Complaint without prejudice, providing Mr. Leung with leave to amend to plead additional factual detail in support of the alleged claims (Dkt. No. 45);

WHEREAS, the Court has twice extended the deadline for Mr. Leung to amend his Complaint in order to provide sufficient time for him to complete his investigation and attempt to discover the additional factual detail required by the order dismissing the Complaint. Despite efforts to discover this information, Mr. Leung still does not possess the information necessary to amend his Complaint;

WHEREAS, Defendants deny they are liable on all claims in this action;

WHEREAS, the matter has not been certified as a class action;

WHEREAS, in consideration of the covenants and agreements contained in this Agreement, and in full and complete release, discharge and dismissal of all claims relating in any way to the claims asserted in, or the prosecution, defense or settlement of, the action, except as expressly provided otherwise below, Plaintiff and Defendants hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses Defendants, with prejudice, with each side to bear its own attorneys' fees and costs incurred in connection with this action;

2. Plaintiff and his attorneys, representatives and assigns, on the one hand, and Defendants, on the other hand, mutually agree not to seek or assert any claim against the other(s) for

fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the action was brought or defended in bad faith or without a reasonable basis;

3. This Agreement constitutes the entire and complete agreement between Plaintiff and Defendants, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by each affected party hereto, or by the authorized representative of each party; and

4. This Agreement shall not be construed against the party preparing it, but shall be construed as if the parties jointly prepared this Agreement, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

THEREFORE, it is hereby stipulated and agreed by the parties, subject to the approval of the Court, that this action be dismissed with prejudice as to all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: September 27, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN

_____s/Dennis J. Herman_____
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ASHLEY M. PRICE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

| | |
|---|---|
| | DYER & BERENS LLP<br>JEFFREY A. BERENS<br>DARBY K. KENNEDY<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>Telephone: 303/861-1764<br>303/395-0393 (fax) |
| | HOLZER HOLZER & FISTEL LLC<br>MICHAEL I. FISTEL, JR.<br>MARSHALL DEES<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| | Additional Counsel for Plaintiffs |
| DATED: September 27, 2012 | WILSON SONSINI GOODRICH & ROSATI PC<br>IGNACIO E. SALCEDA<br>DIANE M. WALTERS<br>BENJAMIN M. CROSSON |
| | _____s/Ignacio E. Salceda_____<br>IGNACIO E. SALCEDA |
| | 650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650/493-9300<br>650/565-5100 (fax) |
| | Attorneys for Defendants Logitech International S.A., Gerald P. Quindlen and Erik Bardman |

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Dennis J. Herman, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In compliance with Local Rule 5-1(i)(3), I hereby attest that Ignacio E. Salceda has concurred in this filing.

Dated: September 27, 2012

_____s/Dennis J. Herman_____
DENNIS J. HERMAN

## [~~PROPOSED~~] ORDER AND FINAL JUDGMENT

Upon consideration of the foregoing Stipulation and [Proposed] Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

IT IS HEREBY ORDERED as follows:

1. Pursuant to Section 21D(c)(1) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(c)(1), the Court finds that during the course of the litigation, Plaintiffs and Defendants and their respective counsel at all times complied with the requirements of Fed. R. Civ. P. 11.

2. This action is dismissed in its entirety, with prejudice, as to all Defendants.

3. The Parties shall bear their respective fees and costs.

DATED: 9/28/12

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 27, 2012.

                                        s/Dennis J. Herman
                                      DENNIS J. HERMAN

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: dennish@rgrdlaw.com

769263_1

# Mailing Information for a Case 3:11-cv-03855-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey A Berens**
  jeff@dyerberens.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,triciam@rgrdlaw.com,tcraig@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Ashley Price**
  aprice@rgrdlaw.com

- **David A. Rosenfeld**
  drosenfeld@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Diane Marie Walters**
  dwalters@wsgr.com,vshreve@wsgr.com,mevenson@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Samuel          Howard Rudman
Milberg Weiss Bershad & Shulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165
```